DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIAN MATIAS-CALMO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-119-FCD |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE |
| v. | ) |
| JULIAN MATIAS-CALMO, | ) Date: May 11, 2009 ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Michael Anderson, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, JULIAN MATIAS-CALMO, that the status conference hearing date of April 20, 2009 be vacated and continued to May 11, 2009 at 10:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation and plea negotiations.

It is further stipulated that the period from the date of this stipulation through and including May 11, 2009 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon

1  continuity of counsel and defense preparation.

2  Dated:  April 17, 2009            Respectfully submitted,

3                                     DANIEL J. BRODERICK
                                      Federal Defender
4

5                                     /s/ Lauren D. Cusick
                                      LAUREN D. CUSICK
6                                     Assistant Federal Defender
                                      Attorney for Defendant
7                                     JULIAN MATIAS-CALMO

8
   Dated:  April 17, 2009            LAWRENCE G. BROWN
9                                     Acting United States Attorney

10
                                      /s/ Lauren D. Cusick
11                                    MICHAEL ANDERSON
                                      Assistant U.S. Attorney
12                                    per telephonic authorization

13
                        **O R D E R**
14
   IT IS SO ORDERED.
15
   Dated: April 17, 2009
16

17                                    _____
                                      FRANK C. DAMRELL, JR.
18                                    UNITED STATES DISTRICT JUDGE